## EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                  :

LATHAN RICHARDS,

                  :   **ECF CASE**

          Plaintiff,       :

      - against -       :   06 Civ. 13364 (GBD)

                  :

DEUTSCHE BANK, NEW YORK BRANCH,

                  :

         Defendant.      :

                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF FINAL DISMISSAL WITH PREJUDICE

        Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, no Defendant

having answered or appeared at this time, Plaintiff Lathan Richards hereby voluntarily dismisses

the above-captioned action in its entirety, WITH PREJUDICE, and without costs or any other

relief.

Dated: New York, New York
      April 17, 2007

                    By: _Walker G. Harman Jr._____
                        Walker G. Harman, Jr. (WH-8044)
                        1350 Broadway, Suite 1510
                        New York, New York 10018
                        (212) 425-2600

                    Attorney for Plaintiff Lathan Richards

NY1 6149552